UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THEATRE ROW PHASE II ASSOCIATES,       :

          **Plaintiff-Appellant,**       :       **09 CIVIL 06946 (GBD)**

     -against-       :       **PLAINTIFF'S**
                                                                                 **NOTICE OF APPEAL**

**H&I, INC.,**       :

          **Defendant-Appellee.**       :
-------------------------------------------------------------X

FILED U.S. DC
FEB 2 2 2011
S.D. OF N.Y.

**PLEASE TAKE NOTICE**, that Plaintiff-Appellant Theatre Row Phase II Associates hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment, which affirmed a Final Order of the United States Bankruptcy Court for the Southern District of New York, fixing the interest of Defendant-Appellee H&I, Inc. in Plaintiff-Appellant Theatre Row Phase II Associates, entered in this action on the 24th day of January, 2011.

Dated: New York, New York
       February 18, 2011

                                                              **ROBINSON BROG LEINWAND GREENE**
                                                                  **GENOVESE & GLUCK P.C.**

                                                  By: _____
                                                          **David C. Burger**
                                                  **875 Third Avenue**
                                                  **New York, New York 10022**
                                                  **(212) 603-6361**
                                                  **Attorneys for Plaintiff-Appellant**
                                                  **Theatre Row Phase II Associates**