**MANDATE**

1 : 09-cv-6946
Trial Judge: George B. Daniels

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th. day of March, two thousand and eleven,

_____

In Re: Theatre Row Phase II Associates, L.P.,
        Debtor,
*******************************************

Theatre Row Phase II Associates, L.P.,

Appellant,

v.

H & I Inc.,

Appellee.
_____

**ORDER**

Docket Number: 11-688

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 15, 2011
```

    A notice of appeal was filed on February 22, 2001. Appellant's Forms C and D were due March 8, 2011. The case is deemed in default.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective March 29, 2011 if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/15/2011**